B18W (Form 18W) (08/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 14–24427**
**Chapter 13**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Dennis John Salvino Jr.
   aka Dennis J Salvino Jr.
   6700 S Brainard Avenue, #121
   Countryside, IL 60525

Social Security / Individual Taxpayer ID No.:
   xxx–xx–5324

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR AFTER COMPLETION OF CHAPTER 13 PLAN

     It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

     If the trustee has filed and served a notice pursuant to Section B2 (b) of the debtor's plan, and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

FOR THE COURT

Dated: <u>June 24, 2015</u>

<u>Jeffrey P. Allsteadt, Clerk</u>
United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 14-24427-PSH
Dennis John Salvino, Jr.                                                        Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: nmolina          Page 1 of 1           Date Rcvd: Jun 24, 2015
                              Form ID: b18w          Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2015.
```
db          +Dennis John Salvino, Jr.,    6700 S Brainard Avenue, #121,     Countryside, IL 60525-2973
22116366    +ACM Community Management,     3041 Woodcreek Drive,    Suite 100,    Downers Grove, IL 60515-5418
22116367    +Bank United,    Attn: Bankruptcy Department,    7815 Nw 148th Street,
              Miami Lakes, FL 33016-1554
22116368    +Bank United FSB,    7815 NW 148th Street,    Miami Lakes, FL 33016-1554
22116369    +Capital One N.A.,    1 S. Orange Street,    Wilmington, DE 19801-5006
22116373    +Chase,   3415 Vision Drive,    Mail Code OH4-7142,    Columbus, OH 43219-6009
22116374    +Citi Bank,    539 N. Michigan Avenue,    Chicago, IL 60611-3815
22116376     Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
22116377    +Experian Information Solutions, Inc.,     475 Anton Boulevard,    Costa Mesa, CA 92626-7037
22437989     M.C.O.A.,    City of Hometown,    Municipal Collections of America, Inc,    3348 Ridge Rd,
              Lansing, IL 60438-3112
22116381    +MCSI Inc,    7330 College Drive, Suite 108,    Palos Heights, IL 60463-1186
22116380    +Mcsi Inc,    Po Box 327,    Palos Heights, IL 60463-0327
22116382    +Municipal Collection Services, Inc.,     7330 College Drive, Suite 108,,
              Palos Heights, IL 60463-1186
22116383    +Municipal Collections of America,    3348 Ridge Road,    Lansing, IL 60438-3112
22116386    +Trans Union LLC,    1561 E. Orangethorpe Avenue,     Fullerton, CA 92831-5210
22116388    +Village Of Western Springs,    740 Hillgrove Avenue,    Western Springs, IL 60558-1478
22116387    +Village of Riverside,    27 Riverside Road,    Riverside, IL 60546-2299
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22116384     EDI: GMACFS.COM Jun 25 2015 00:58:00      Nuvell,    5700 Crooks Road, Suite 301,
              Troy, MI 48098
22116375     EDI: CITICORP.COM Jun 25 2015 00:58:00      Citicorp Credit Services *,
              ATTN: Internal Recovery; Centralized Bk,    P.O. Box 20507,    Kansas City, MO 64195
22116370    +EDI: AIS.COM Jun 25 2015 00:59:00      Capital One, N.A. *,    c/o American Infosource,
              P.O Box 54529,    Oklahoma City, OK 73154-1529
22116371    +EDI: CAPITALONE.COM Jun 25 2015 00:58:00      Capital One, N.A.*,    1680 Capital One Drive,
              Mc Lean, VA 22102-3407
22116372    +EDI: CHASE.COM Jun 25 2015 00:58:00      Chase *,    ATTN: Bankruptcy Department,
              P.O. Box 15298,    Wilmington, DE 19850-5298
22155808     EDI: DISCOVER.COM Jun 25 2015 00:58:00      Discover Bank,    DB Servicing Corporation,
              PO Box 3025,    New Albany, OH  43054-3025
22116378    +EDI: RESURGENT.COM Jun 25 2015 00:58:00      LVNV Funding LLC,    15 South Main Street,
              Greenville, SC 29601-2743
22116379    +EDI: RESURGENT.COM Jun 25 2015 00:58:00      LVNV Funding LLC its sucessors & assigns,
              assignee of Citibank Resurgent Cap Serv,    PO Box 10587,    Greenville, SC 29603-0587
22116385    +EDI: SEARS.COM Jun 25 2015 00:58:00      Sears,    Po Box 182149,    Columbus, OH 43218-2149
                                                                                              TOTAL: 9
```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2015 at the address(es) listed below:
```
              Charles L. Magerski    on behalf of Debtor Dennis John Salvino, Jr. Cmagerski@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.co
               m;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
              Marilyn O Marshall    courtdocs@chi13.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Toni Townsend    on behalf of Creditor    BankUnited N.A. toni.townsend@pierceservices.com,
               northerndistrict@atty-pierce.com
                                                                                              TOTAL: 4
```